# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

**Arlo Devlin-Brown**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1046
adevlin-brown@cov.com

November 1, 2021

By ECF

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  United States v. Donald Blakstad, S1 19 Cr. 486 (ER)

Dear Judge Ramos:

As counsel for Illumina, Inc. ("Illumina"), I respectfully submit a Victim Impact Letter on behalf of Illumina attached as Exhibit A and signed by the Company's General Counsel.

Respectfully submitted,

By:  /s/ Arlo Devlin-Brown

Arlo Devlin-Brown
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1046
adevlin-brown@cov.com

*Counsel for Illumina, Inc.*